IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAURIE ANN SALAS**, as Executrix of the Estate of **DIANE M. BLUM**, Deceased, | : : : : | **CIVIL ACTION** |
| *Plaintiff,* | : : | |
| v. | : : | No.   22-2179 |
| | : : : | |
| **NANCY GOLDENBERG, M.D.**, *Defendant.* | : : : | |

# ORDER

**AND NOW**, this **20th** day of **December 2023**, upon consideration of the Petition to Settle Wrongful Death Action (ECF No. 46), and for the reasons stated in the accompanying Memorandum, it is **hereby ORDERED** that that Petition (ECF No. 46) is **APPROVED**. Petitioner is authorized to enter into a settlement with Defendant, Nancy Goldenberg, M.D., in the gross sum of $1,000,000.00. Defendant shall forward all settlement drafts or checks to Petitioner's counsel, Derek R. Layser, Esquire of Friedman Schuman P.C., for proper distribution.

**IT IS FURTHER ORDERED** that the settlement proceeds be distributed as follows:

| | |
|---|---|
| **GROSS SETTLEMENT:** | $ 1,000,000.00 |
| TO: Friedman Schuman, P.C. Costs | $ 61,169.79 |
| Friedman Schuman, P.C. Counsel Fees | $ 347,367.18 |
| Medicare Lien, compromised | $ 104,756.35 |

The balance of the settlement, $486,706.68, is apportioned as follows:

   Wrongful Death Action     (100%)

      Laurie Salas     (50%)

      Margery Baxter     (50%)

The wrongful death action proceeds shall be paid as follows:

      Laurie Salas   $ 243,353.34

      Margery Baxter   $ 243,353.34

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                            **BY THE COURT:**

                                            /s/ Chad F. Kenney

                                            **CHAD F. KENNEY, JUDGE**